IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs-Appellee, | ) | |
| | ) | |
| vs. | ) | Case No. CR 106-099 |
| | ) | |
| Larry Byrd, Jr., | ) | |
| | ) | |
| Defendants-Appellants. | ) | |

O R D E R

The order in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the mandate of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this 25th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE